Vaughn Fisher, ISB No. 7624
Jennifer Hanway, ISB No. 9921
FISHER HUDSON SHALLAT
950 W. Bannock St., Ste. 630
Boise, ID 83702
Telephone: (208) 345-7000
Facsimile: (208) 514-1900
vaughn@fisherhudson.com
jennifer@fisherhudson.com

Ruth Anne French-Hodson, KSB No. 28492
*Pro Hac Vice to be Applied for*
SHARP LAW, LLP
5301 W. 75th Street
Prairie Village, KS 66208
Telephone: (913) 901-0505
rafrenchhodson@midwest-law.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| B & H FARMING; TYCHE AG. LLC; CERES AG. LLC; and CEDAR DRAW, LLC on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SYNGENTA CORPORATION; BAYER CROPSCIENCE INCORPORATED; BAYER CROPSCIENCE LP; CORTEVA INCORPORATED; BASF CORPORATION; CARGILL, INCORPORATED; WINFIELD SOLUTIONS, LLC; UNIVAR SOLUTIONS, INCORPORATED; CHS INCORPORATED; NUTRIEN AG SOLUTIONS, INC.; GROWMARK, INCORPORATED; SIMPLOT AB RETAIL SUB, INCORPORATED; TENKOZ INC.; FEDERATED CO-OPERATIVES LTD.,<br><br>Defendants. | Case No.: 4:21-cv-00121-REB<br><br>**PLAINTIFF TYCHE AG. LLC'S CORPORATE DISCLOSURE STATEMENT** |

**PLAINTIFF TYCHE AG. LLC'S CORPORATE DISCLOSURE STATEMENT - 1**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Tyche Ag. LLC provides the following corporate disclosures statement: Plaintiff Tyche Ag. LLC is not a subsidiary of a publicly held company, nor is there a publicly owned company that owns 10% or more of Plaintiff Tyche Ag. LLC stock.

DATED this 1st day of April, 2021.

                FISHER HUDSON SHALLAT

                */s/ Vaughn Fisher*
                Vaughn Fisher
                *Attorneys for Plaintiffs*