Scott J. Smith (ISB No. 6014)
RACINE OLSON PLLP
250 S. 5th St. #120
Boise, ID 83702
Telephone: (208) 232-6101
Facsimile: (208) 232-6109
scott@racineolson.com

*Attorneys for Defendants Bayer CropScience*
*LP and Bayer CropScience Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| B & H FARMING; TYCHE AG. LLC; CERES AG. LLC, and CEDAR DRAW, LLC, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>SYNGENTA CORPORATION, BAYER CROPSCIENCE, INC., BAYER CROPSCIENCE LP, CORTEVA INC., BASF CORPORATION, CARGILL INCORPORATED, , WINFIELD SOLUTIONS, LLC, UNIVAR SOLUTIONS, INC., CHS INC., NUTRIEN AG SOLUTIONS INC., GROWMARK, INC., SIMPLOT AB RETAIL SUB, INC., TENKOZ INC., and FEDERATED CO-OPERATIVES LTD.,<br><br>*Defendants.* | Case No. 4:21-CV-00121-REB<br><br>**JOINT MOTION REGARDING TEMPORARY STAY** |

Plaintiffs and Defendants Bayer Cropscience Inc. and Bayer Cropscience LP (collectively the "Bayer Defendants"), after consultation with all other Defendants in this action (collectively, the "Parties"), who report that they support the relief sought, jointly request that the Court extend any current deadlines as set forth below:

1.      Plaintiff filed this action on March 15, 2021.  All Defendants, with the exception of Federated Co-operatives Ltd., have been served (Federated Co-operatives Ltd. executed a Waiver of Service [Dkt. 20]).  With the exception of Federated Co-operatives Ltd., Defendants' deadlines to answer or otherwise respond to the Complaint range from April 12 to April 15.

2.      From January 8, 2021 to the present, 21 substantially similar putative class action cases alleging antitrust violations by the defendants in the market for crop inputs have been filed, in this Court, the United States District Court for the Southern District of Illinois, the United States District Court for the District of Minnesota, the United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the District of Kansas (the "Related Actions").[1]

3.      On February 24, 2021, certain plaintiffs in the Related Actions filed a Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 (the "MDL Motion") before the Judicial Panel on Multidistrict Litigation ("JPML"), seeking to transfer the Related Actions and any subsequently

---

[1] As of the date of this filing, the Related Actions include:  *Piper v. Bayer, et al.*, 3:21-cv-00021 (S.D. Ill.), *Swanson v. Bayer, et al*., 3:21-cv-00046 (S.D. Ill.) (filed January 13, 2021), *Lex v. Bayer, et al.*, 3:21-cv-0122 (S.D. Ill.) (filed February 2, 2021), *Handwerk v. Bayer, et al.*, 0:21-cv-00351 (D. Minn.) (filed February 5, 2021), *Duncan v. Bayer, et al.*, 3:21-cv-00158 (S.D. Ill.) (filed February 11, 2021); *Flaten v. Bayer, et al.*, 0:21-cv-00404 (D. Minn.) (filed February 11, 2021); *Jones Planting Co. III v. Bayer, et al.*, 3:21-cv-00173 (S.D. Ill.) (filed February 12, 2021), *Canjar v. Bayer et al.*, 21-cv-00181 (S.D. Ill.) (filed Feb. 16, 2021), *Ryan Bros., Inc. v. Bayer, et al.*, 0:21-cv-00433 (D. Minn.) (filed February 17, 2021), *Pfaff v. Bayer et al.*, 0:21-cv-00462 (D. Minn.) (filed February 19, 2021), *Budde v. Bayer, et al.*, 2:21-cv-02095 (D. Kan.) (filed February 19, 2021), *Vienna Eqho Farms v. Bayer, et al.*, 3:21-cv-00204 (S.D. Ill.) (filed February 22, 2021), *Carlson v. Bayer, et al.*, 0:21-cv-00475 (D. Minn.) (filed February 22, 2021), *Eagle Lake Farms v. Bayer, et al.*, 0:21-cv-00543 (D. Minn.) (filed February 24, 2021), *Tom Burke Farms v. Bayer, et al.*, 2:21-cv-01049 (E.D. Pa.) (filed March 4, 2021), *Dekrey v. Bayer, et al.*, 0:21-cv-00639 (D. Minn.) (filed March 5, 2021); *Schultz v. Bayer, et al.*, 0:21-cv-00681 (D. Minn.) (filed March 10, 2021); *Hapka Farms, Inc. et al. v. Bayer, et al.*, 0:21-cv-00685 (D. Minn.) (filed March 11, 2021); *Beeman Berry Farm, LLC v. Bayer, et al.*, 0:21-cv-719 (D. Minn.) (filed March 17, 2021); and *Little Omega v. Bayer, et al.*, 3:21-cv-00297 (S.D. Ill.) (filed March 16, 2021).

filed actions premised on the same alleged facts to the Southern District of Illinois for consolidated or coordinated pre-trial proceedings.[2]  The MDL Motion is now fully briefed and awaits argument before, and decision by, the JPML.

4. All parties have agreed that this case and the Related Cases should be consolidated for pretrial purposes in a single district.  Plaintiffs in the actions in the Southern District of Illinois have proposed that the cases be consolidated in the Southern District of Illinois.  All other plaintiffs for the remaining Related Actions pending have proposed that the Related Actions be transferred to the District of Minnesota.  Defendants have proposed that the cases be transferred either to the Eastern District of Missouri or to the District of Minnesota.

5. The parties anticipate that the Related Actions will ultimately be consolidated and coordinated, in the interest of justice, efficiency, and conservation of judicial resources.

6. Defendants Bayer Cropscience LLP and Bayer Cropscience, Inc. have filed motions under 28 U.S.C. § 1404(a) in most of the Related Actions, including this action [ECF 21] seeking to transfer the Related Actions to the Eastern District of Missouri (the "Bayer Transfer Motions").

7. In light of the above, the Parties expect that many or all of the Related Actions will be transferred out of the districts in which they are currently pending and consolidated for pretrial purposes.

8. The parties have conferred and agree that in light of the above, it would not be efficient at this stage of the proceedings for the parties to litigate this case while the JPML

---

[2] *See In re Crop Inputs Antitrust Litig.* MDL No. 2993, Dkt. 2 (Feb. 24, 2021).

proceedings are pending and transfer to a jurisdiction other than Idaho is likely. This limited, temporary stay is proposed not for the purpose of delay but rather to permit efficiencies between this case and the Related Actions that will likely be subject to consolidation into an MDL.

WHEREFORE, for all the foregoing reasons, the Parties jointly request that the Court enter an order staying this action pending a decision from the JPML.

Dated: April 9, 2021                              Respectfully submitted,

| **FISHER HUDSON SHALLAT** | **RACINE OLSON PLLP** |
|---|---|
| By: /s/ Vaughn Fisher<br>Vaughn Fisher,  ISB #7624<br>Jennifer Hanway, ISB #9921<br>950 W. Bannock St., Ste. 630<br>Boise, ID 83702<br>(208) 345-7000<br>(208) 514-1900 fax<br>vaughn@fisherhudson.com<br>jennifer@fisherhudson.com<br><br>and<br><br>Ruth Anne French-Hodson, KSB #28492<br>*Pro Hac Vice to be Applied For*<br>SHARP LAW, LLP<br>5301 W. 75th Street<br>Prairie Village, KS 66208<br>(913) 901-0505<br>(913) 901-0419 fax<br>rafrenchhodson@midwest-law.com<br><br>*Counsel for Plaintiffs* | By: /s/ Scott J. Smith<br>Scott J. Smith (ISB No. 6014)<br>250 S. 5th St. #120<br>Boise, ID 83702<br>(208) 232-6101<br>(208) 232-6109 (fax)<br>scott@racineolson.com<br><br>*Counsel for Defendants Bayer CropScience LP and Bayer CropScience Inc.* |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on April 9, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Jennifer J. Hanway
    jennifer@fisherhudson.com
    *Plaintiffs' attorney*

    Vaughn Fisher
    vaughn@fisherhudson.com
    *Plaintiffs' attorney*

      AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via first class mail, postage prepaid addressed as follows:

    Syngenta Corporation
    c/o The Corporation Trust Company, registered agent
    Corporation Trust Center
    1209 Orange St.
    Wilmington, DE 19801

    Corteva Incorporated
    c/o The Corporation Trust Company, registered agent
    Corporation Trust Center
    1209 Orange St.
    Wilmington, DE 19801

    BASF Corporation
    c/o The Corporation Trust Company, registered agent
    Corporation Trust Center
    1209 Orange St.
    Wilmington, DE 19801

    Cargill Incorporated
    c/o The Corporation Trust Company, registered agent
    Corporation Trust Center
    1209 Orange St.
    Wilmington, DE 19801

Winfield Solutions, LLC
c/o The Corporation Trust Company, registered agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

CHS Incorporated
c/o Christina Olund, registered agent
234 Rice Street
Roseville, MN 55113

Growmark, Incorporated
c/o Corporation Service Company, registered agent
251 Little Falls Dr.
Wilmington, DE 19808

Nutrien AG Solutions, Inc.
c/o The Corporation Trust Company, registered agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Simplot AB Retail Sub, Incorporated
c/o Corporation Service Company, registered agent
7716 Old Canton Rd., Suite C
Madison, MS 29110

Tenkoz, Inc.
999 Peachtree St., Ste. 2300
Atlanta, GA 30309

Univar Solutions, Incorporated
c/o Corporation Service Company, registered agent
251 Little Falls Dr.
Wilmington, DE 19808

Federated Co-Operatives Ltd.
c/o Rob McKinnon, Corporate Counsel
401 22nd Street East
Saskatoon, SK S7K 0H2
Canada

/s/ Scott J. Smith