# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| B & H FARMING; TYCHE AG. LLC; CERES AG. LLC, and CEDAR DRAW, LLC, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>SYNGENTA CORPORATION, BAYER CROPSCIENCE, INC., BAYER CROPSCIENCE LP, CORTEVA INC., BASF CORPORATION, CARGILL INCORPORATED, , WINFIELD SOLUTIONS, LLC, UNIVAR SOLUTIONS, INC., CHS INC., NUTRIEN AG SOLUTIONS INC., GROWMARK, INC., SIMPLOT AB RETAIL SUB, INC., TENKOZ INC., and FEDERATED CO-OPERATIVES LTD.,<br><br>*Defendants.* | Case No. 4:21-CV-00121-REB<br><br>**ORDER GRANTING<br>JOINT MOTION REGARDING<br>TEMPORARY STAY** |

On April 9, 2020, Plaintiffs and Defendants Bayer Cropscience Inc. and Bayer Cropscience LP (collectively the "Bayer Defendants") filed a Joint Motion Regarding Temporary Stay ("Joint Motion") (Dkt. 23). According to the Joint Motion, there are 21 substantially similar putative class action cases alleging antitrust violations by the defendants in this case that have been filed in this Court, the United States District Court for the Southern District of Illinois, the United States District Court for the District of Minnesota, the United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the District of Kansas (the "Related Actions"). According to the Joint Motion, on February 24, 2021, certain plaintiffs in the Related Actions filed a Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 (the "MDL Motion") before the Judicial Panel on Multidistrict Litigation ("JPML"), seeking to transfer the Related

Actions and any subsequently filed actions premised on the same alleged facts to the Southern District of Illinois for consolidated or coordinated pre-trial proceedings and that the MDL Motion is now fully briefed and awaits argument before, and decision by, the JPML. *See In re Crop Inputs Antitrust Litig.* MDL No. 2993, Dkt. 2 (Feb. 24, 2021).

In the Joint Motion, Plaintiffs and Defendants request that the Court stay any further activity in this case pending the decision of the JPML. In the Joint Motion, it is represented that all other defendants in this case have been consulted and support this requested.

Having considered the foregoing, the Court HEREBY GRANTS the Joint Motion Regarding Temporary Stay (Dkt. 23) and hereby stays all further activity in this case pending the decision of the JPML or further order of the Court.

Additionally, the Court HEREBY ORDERS that the parties file a joint status report by the first day of each month, starting with June 1, 2021.

Finally, the Court HEREBY DENIES the duplicate Joint Motion to Stay (Dkt. 22).

IT IS SO ORDERED.

DATED: April 14, 2021

_____
Ronald E. Bush
Chief U.S. Magistrate Judge